UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:05-CR-97-13FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | ORDER |
| | : | |
| LOCO (LNU), | : | |
| Defendant. | : | |

This cause is before the court on the Government's Motion to Dismiss the Indictment as to the above listed defendant because the defendant has been a fugitive since 2004 and the Drug Enforcement Administration has no leads as to defendant's identity or whereabouts.

Therefore, for good cause shown, the Indictment charging this Defendant is hereby dismissed.

This <u>6th</u> day of January, 2016.

_____
LOUISE W. FLANAGAN
United States District Court Judge